IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APPLICATION AND AFFIDAVIT OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT AUTHORIZING THE OPENING OF UNITED STATES PRIORITY MAIL PARCEL 9505 5104 0287 1074 4326 67 AND AN ORDER AUTHORIZING THE INSTALLATION AND MONITORING OF AN ELECTRONIC ALERTING AND GPS TRACKING DEVICES AS PHYSICAL SURVEILLANCE AIDS | Magistrate No. 21-611 |

MOTION TO UNSEAL SEARCH WARRANT

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Michael Leo Ivory, Assistant United States Attorney for said district, and sets forth the following:

On March 19, 2021, a Search Warrant was issued in the above-captioned case.

The Search Warrant, Affidavit and Return were then ordered sealed pending search of the above-captioned location.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Search Warrant, Affidavit and Return, due to the fact that the search has been executed, and there is no further need for the Search Warrant, Affidavit and Return to remain sealed.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney


By:   */s/ Michael Leo Ivory*
      MICHAEL LEO IVORY
      Assistant U.S. Attorney
      PA ID No. 59296