AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☑ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched
or identify the person by name and address)* )
UNITED STATES PRIORITY MAIL PARCEL )  Case No. 21-611
9505 5104 0287 1074 4326 67 )
) **[UNDER SEAL]**
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Western    District of    Pennsylvania   
*(identify the person or describe the property to be searched and give its location)*:

Priority Mail parcel bearing USPS tracking number 9505 5104 0287 1074 4326 67 (the Subject Parcel), addressed to "LISA HERSEH, 1514 HATTERAS ST., PITTSBURGH, PA 15212", with a return address of "IVET GONZALES, CALLE HIPOLAYS #910, COUNTRY CLUB, S.J 00924" (photocopy of the parcel is attached to this warrant as "Exhibit 1").

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

controlled substances and other evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, and Title 18, United States Code, Section 1716.

**YOU ARE COMMANDED** to execute this warrant on or before    April 1, 2021    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Duty Magistrate Judge   .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of                   .

Date Issued:    March 18, 2021                                                         
                                                                    *Judge's signature*

City and state:    Pittsburgh, Pennsylvania                Hon. Lisa Pupo Lenihan, US Magistrate Judge   
                                                                    *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 21-611 | Date and time warrant executed: 03/18/2021 04:30 pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of: Inspector Dodd ||||
| Inventory of the property taken and name(s) of any person(s) seized: 635.89 grams of powder cocaine ||||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/18/2021

*Steven J. Celletti*
*Executing officer's signature*

Steven J. Celletti Postal Inspector
*Printed name and title*



**FROM:** Ivet Gonzales
Calle, Hipolays #910
Country Club, S.J P.R
00924

**TO:** Lisa Herseh
1514 Hatteras st.
Pittsburgh, P.A 15212

# UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL

**LARGE FLAT RATE BOX**
FOR DOMESTIC AND INTERNATIONAL USE



Retail
US POSTAGE PAID
$21.90
Origin: 00924
03/15/21
4284760019-10

PRIORITY MAIL 3-DAY®
6 Lb 1.50 Oz
1004

EXPECTED DELIVERY DAY: 03/19/21
C046

SHIP TO:
1514 HATTERAS ST
Pittsburgh PA 15212-4315

USPS TRACKING #
9505 5104 0287 1074 4326 67

To schedule free Package Pickup, scan the QR code.

# American Working Dog Association

This is to Certify that

**Eric Wallace & K-9 Larry**

Have met the high standards set forth by, and to the satisfaction of, the American Working Dog Association. This certification is only valid when this K9 team is being utilized by a private detection or a law enforcement organization.

Let it be known on

September 25, 2020

This Team was certified for

**Patrol/Tracking/Narcotics Detection**

Certification Good for One Year after Testing

_L. Brown_  
Certifier

_R. Applegarth, D. Glatz_

_David Olson_  
President

Certifying K-9 with Pride